ALAN DALE WARREN
EXP D.L. 08916230
EXP I.D. 15975408
Amnesty 717159801
Congressional 19019

I Request Your Reply on
My Appeal from Matagorda
County Bay City TX
They Forwarded To Court of
Appeals

DATE 1-20-15
DOB 7-6-59 Age 55
S.S. 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
Case 94-M-044
Case 08-235
73,114-04;-05

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 26 2015
Abel Acosta, Clerk

I AM Writting You Concerning My Appeal Case
No 94-M-044 & Case No 08-235
Others Are Trying To Use Computers, Bank And
Law Library And Medical Computers To Illegaly Use
My Name Against My Appeal So That They my
Excsape With my Congressional Number 19019
And my Amnesty Number 717159801

This Person DID From me In Here For Theft of
Sol 509 Carter Computer P.N He B 4-E-48-T I Am Sol
509 Carter With Congressional 19010 And Amnesty 717159801
They Are Liters And They DID From Me In Order To
Kick The Farm out As In Release Liters To The Public
For SR22 Killings And They Also Have Already Rile SR22
on Me With out my Permishion on 1-15-15 & 1-16-15 He Illeagely
Use the Computers And my Name To Stop my Appeal

I AM Appealing My Case And I Do Request
Transport To 2323 AveE Bay City TX 77414 For Court
AT 1700 7th St Bay City TX 77414
No Transport is No Appeal I Am Appealing my Case
I Am Waiting Your Answer I Am Appealing Against Thee
Theft. The County of Matagorda 1700 7th St Bay City Sent me
A Letter on 1-8-15 Saying I Am Appealing I Request Your Aid
They Are Illeagely Useing my Name In the Computers

Sign X Alen Dale Warren